**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| Dale Volz, et al., | ) JUDGMENT IN A CIVIL CASE |
| Plaintiff, | ) CV 00-1652 PHX-SRB |
| v. | ) |
| TDY Industries, Inc., et al., | ) |
| Defendant. | ) |

\_\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, per the Court's order entered August 23, 2001 granting Defendant TDY Industries, Inc.'s motion for judgment on the pleadings and Plaintiffs have failed to plead a cause of action under ERISA for breach of fiduciary duty and breach of contract, this case is closed. Plaintiffs to take nothing.

August 23, 2001                              RICHARD H. WEARE
                                             Executive/Clerk,
                                             District Court

                                             _____
                                             (By) Deputy Clerk

cc: (all counsel/jgmdrw)